UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NICOLE DEMARETZ-RYAN                                    Plaintiff,
23-CV-2451(VM/SDA)                                      CIVIL ACTION#

--- AGAINST ---                                         AFFIDAVIT OF SERVICE

JPMORGAN CHASE & CO., ET. ANO.
                                                        Defendant,

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

BILLIE JO WILLIAMS being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 3rd day of April, 2023, she served the Summons in a Civil Action and Complaint at 2:30 p.m. on JPMORGAN CHASE & CO., an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, NANCY DOUGHERTY, a white female, with brown hair, glasses, approximately 63 years of age, 5'2" and 143lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                        BILLIE JO WILLIAMS

Sworn before me this
3rd day of April, 2023

LAWRENCE A. KIRSCH
  4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2023